No. 82–708.   SUMMA CORP. *v.* CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL.   Sup. Ct. Cal.   [Certio-

rari granted, 460 U. S. 1036.] Motions of Pacific Legal Foundation and California Land Title Association for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.